

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00070-CR

_____

JAMES DIXON GRAVES, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 76th Judicial District Court
Morris County, Texas
Trial Court No. 10,005

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM  OPINION

James Dixon Graves, Jr., appeals from his convictions by a jury in this cause on three charges of indecency with a child.[1]  Graves has filed a single brief, in which he raises issues common to all of his appeals.  He argues that the trial court erred in denying his (1) motion to suppress the evidence, (2) request for funds to hire an expert, (3) request to have the victim examined by the expert as to her disability and competency to testify, and (4) motion for mistrial. Graves also complains that the evidence was insufficient to establish that the victim was disabled under the Texas Penal Code.

We addressed these issues in detail in our opinion of this date on Graves' appeal in cause number 06-09-00063-CR.   For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the judgment.


Josh R. Morriss, III
Chief Justice


Date Submitted:     February 5, 2010
Date Decided:       February 24, 2010

Do Not Publish

---

[1]Graves appeals from judgments entered in cause numbers 06-09-00063-CR through 06-09-00070-CR.